MORRIS LAW GROUP
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: sm@morrislawgroup.com
Email: rsr@morrislawgroup.com

Attorneys for Defendant
Intuitive Surgical, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KATIE SILVA-MENDEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., a Foreign Corporation; ROE Manufacturers; ROE Distributors; DOES I through XXX, inclusive, and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | Case No: 2:17-CV-00721-GMN-CWH<br><br>**STIPULATION TO DISMISS ALL CLAIMS AND THIS ACTION WITH PREJUDICE** |

Plaintiff Katie Silva-Mendez and Defendant Intuitive Surgical, Inc., by and through their undersigned counsel, hereby stipulate to dismiss

all claims, as well as this action, with prejudice, each party to bear its own attorney's fees and costs.

Dated this 20th day of March, 2018

LADAH LAW FIRM

By: _____
Ramzy Paul Ladah, Bar No.
Anthony Ashby, Bar No.
517 South Third Street
Las Vegas, NV 89101

*Attorneys for Plaintiff, Katie Silva-Mendez*

Dated this 20th day of June, 2018

MORRIS LAW GROUP

By: _____
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant, Intuitive Surgical, Inc.*

## ORDER

IT IS SO ORDERED.

_____
United States District Court Judge
DATED: March 27, 2018

2